UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RITA R. SMITH,

                Plaintiff,

-against-

MOUNT SINAI HOSPITAL, *et al.*,

                Defendants.

22-CV-4260 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff has filed an Application for the Court to Request Counsel. The factors to be considered in ruling on an indigent litigant's request for counsel include the merits of the case, Plaintiff's efforts to obtain a lawyer, and Plaintiff's ability to gather the facts and present the case if unassisted by counsel. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989); *Hodge v. Police Officers,* 802 F.2d 58, 60-62 (2d Cir. 1986). Of these, the merits are "[t]he factor which command[s] the most attention." *Cooper*, 877 F.2d at 172. Plaintiff's amended complaint is awaiting the Court's review. Because it is not clear that Plaintiff can state a viable claim, the motion is denied without prejudice, and the Clerk of Court is directed to terminate it. (ECF 4.)

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   September 29, 2022
           New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge