UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RITA R. SMITH,<br><br>                           Plaintiff,<br><br>-against-<br><br>MOUNT SINAI HOSPITAL, ET AL,<br><br>                          Defendants. | 22-CV-4260(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 17, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 17, 2022
             New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge